**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BEAZLEY INSURANCE CO., INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:25-cv-326-TFM-MU** |
| | ) | |
| **TENDER LOVING CARE IN HOME** | ) | |
| **AND TRANSPORTATION, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED, ADJUDGED, and DECREED** that the requested declaratory judgment is entered

in favor of the Plaintiff and against the Defendants.  Defendants are barred from bringing any and

all future claims, demands, damages (compensatory or punitive), actions, causes of action,

statutory actions, contractual benefits, or suits of any kind or nature whatsoever on account of the

lawsuit which is described as *Beazley Insurance Company, Inc. v. Tender Loving Care In Home*

*and Transportation, LLC, et al.*, Civ. Act. No. 1:25-cv-326-TFM-MU (S.D. Ala.) and from making

any future claims under Plaintiff's various insurance policies it previously issued to Defendant

Tender Loving Care In Home and Transportation, LLC.

The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 5th day of August, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

Page 1 of 1